[No. 37653-9-II. Division Two. June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE
BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00521-9, George L. Wood, J., entered April 22, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37782-9-II. Division Two. June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNETTE MARIE
POTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00019-1, M. Karlynn Haberly, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37840-0-II. Division Two. June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL G.
ZEILENGA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00140-7, Toni A. Sheldon, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37851-5-II. Division Two. June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-8-00476-2, Roger A. Bennett, J., entered June 4, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.